PASQUALE FARRACANE, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion denied.

GEORGE A. LEVENSON and Others, Appellants, v. EMORY MYERS and Others, Respondents.— Judgment unanimously affirmed, with costs.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ADOLPH SCHIFF, Respondent, for Compensation under the Workmen's Compensation Law, v. HERMAN SCHEUER and Others, Copartners, etc., Employers, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CONRAD WAGNER, Respondent, for Compensation under the Workmen's Compensation Law, v. FULD & HATCH KNITTING COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed. Application for leave to appeal to the Court of Appeals denied.

In the Matter of the Application of STEPHEN McGRATH, Respondent, for a Warrant to Search for and Seize Liquors Kept, Stored and Deposited for Unlawful Sale or Distribution on Premises Located in the Town of Greenport, Columbia County, State of New York, Occupied by MARGARET IRVING, Appellant, and Known as the Race Place.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of LEWIS SANTELLO, Respondent, for Compensation under the Workmen's Compensation Law, v. BELL BROTHERS, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CHARLES NYBROE, Respondent, for Compensation under the Workmen's Compensation Law, v. MILLS ESTATE, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WILLIAM BESTWALL, Respondent, for Compensation under the Workmen's Compensation Law, v. CHELSEA FIBRE MILLS, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of NELLIE HOWLAND, Widow of OLAF HOWLAND, Deceased, Respondent, v. COMPAGNIE GENERALE TRANS-ATLANTIQUE, Employer and Self-Insurer, Appellant.— Award unanimously affirmed.

PETER B. McCAGHEY and WILLIAM BERRIGAN, as Surviving Partners of the P. B. McCAGHEY COMPANY, Plaintiffs, v. PAUL SMITH'S HOTEL COMPANY, Defendant.— Motion denied.